IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
:
SAVIENT PHARMACEUTICALS, INC., : Case No. 13-12680 (MFW)
et al., :
:
Debtors.[1] : Joint Administration Pending
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON OCTOBER 16, 2013 AT 10:30 A.M. (EASTERN)**

Set forth below are the matters scheduled to be heard before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware, on October 16, 2013 beginning at 10:30 a.m.[2]

**I.    INTRODUCTION**

Preliminary Remarks and Introduction

1. Declaration of John P. Hamill in Support of Chapter 11 Petitions and First Day Pleadings [Docket No. 4]

**II.    FIRST DAY PAPERS**

2. Debtors' Motion for Order (A) Directing Joint Administration of Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) and Del. Bankr. L.R. 1015-1 and (B) Waiving Requirements of 11 U.S.C. § 342(c)(1) and Fed. R. Bankr. P. 1005 and 2002(n) [Docket No. 3]

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Savient Pharmaceuticals, Inc. (3811), Savient Pharma Holdings, Inc. (0701).  The address of the Debtors' corporate headquarters is 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807.

[2]    On October 9, 2013, a binder containing the first day pleadings was provided to the Court and to the United States Trustee in compliance with Rule 9013-1(m)(iii) of the Local Rules for the United States Bankruptcy Court for the District of Delaware.

3. Debtors' Motion for Interim and Final Orders Under 11 U.S.C. §§ 105, 361, 362, 363, 507(b), Fed. R. Bankr. P. 4001, and Del. Bankr. L.R. 4001-2 (I) Authorizing the Debtors to Use Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Noteholders, and (III) Scheduling Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) [Docket No. 16]

4. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 345, 363 and 503(b), Fed. R. Bankr. P. 6003 and 6004, and Del. Bankr. L.R. 2015-2 and 4001-3 (I) Authorizing (A) the Continued Use of Existing Cash Management System, Bank Accounts, Business Forms, and Deposit and Investment Practices; (B) Payment of Related Prepetition Obligations and (C) A Waiver of Certain Operating Guidelines Relating to Bank Accounts; (II) Authorizing Continued Engagement in Intercompany Transactions; and (III) According Administrative Expense Priority Status to All Postpetition Intercompany Claims [Docket No. 5]

5. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004, to, Inter Alia, (I) Authorize, But Not Direct, the Debtors to Pay Prepetition Wages, Compensation and Employee Benefits; (II) Authorize, But Not Direct, the Debtors to Continue Certain Employee Benefit Programs in the Ordinary Course; and (III) Direct All Banks to Honor Prepetition Checks for Payment of Prepetition Employee Obligations [Docket No. 6]

6. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105, 362 and 365 Enforcing Protections of 11 U.S.C. § 362 and Bankruptcy Termination Provisions of 11 U.S.C. § 365 [Docket No. 7]

7. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 1107, and 1108 and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (I) Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (II) Pay Medicaid, Medicare and Other Obligations [Docket No. 9]

8. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 1107 and 1108, and Fed. R. Bankr. P. 6003 and 6004 Authorizing Debtors to (I) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (II) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Policies [Docket No. 8]

9. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), 541, 1107(a) and 1108, and Fed. R. Bankr. P. 6003 and 6004 Authorizing the Debtors to Pay Certain Prepetition Taxes and Related Obligations [Docket No. 10]

10. Debtors' Motion for Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(a) and 366 (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment, (II) Establishing Procedures for Resolving Objections by Utility Companies and (III) Prohibiting Utility Companies from Altering, Refusing or Discontinuing Service [Docket No. 11]

11. Debtors' Motion for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 521, Fed. R. Bankr. P. 1007(c) and Del. Bankr. L.R. 1007-1(b) Extending Time for Debtors to File Schedules and Statements [Docket No. 12]

12. Debtors' Application for Order Authorizing Employment and Retention of GCG, Inc. as Claims and Noticing Agent, Pursuant to 28 U.S.C. § 156(c), 11 U.S.C. § 105(a), Fed. R. Bankr. P. 2002 and Del. Bankr. L.R. 2002-1(f), *Nunc Pro Tunc* to the Petition Date [Docket No. 13]

13. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 102 and 105(a), Fed. R. Bankr. P. 2002, 9006(c) and 9007, and Del. Bankr. L.R. 9006-1(e) Shortening Notice Relating to Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b), and Fed. R. Bankr. P. 6003 and 6004 Authorizing the Debtors to Take Such Actions as are Desirable or Necessary to Liquidate Their Irish Non-Debtor Affiliates [Docket No. 15]

   Related Documents:

   i. Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b), and Fed. R. Bankr. P. 6003 and 6004 Authorizing the Debtors to Take Such Actions as are Desirable or Necessary to Liquidate Their Irish Non-Debtor Affiliates [Docket No. 14]

   You may find copies of the above referenced documents free-of-charge at http://www.gcginc.com/cases/svp.  You can direct your questions regarding the above referenced documents or any other matter to Savient Pharmaceuticals, Inc.'s dedicated case information line, (866) 297-1238.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: Wilmington, Delaware
       October 15, 2013

    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

    */s/ Dain A. De Souza*
    Anthony W. Clark (I.D. No. 2051)
    Dain A. De Souza (I.D. No. 5737)
    One Rodney Square
    P.O. Box 636
    Wilmington, Delaware 19899-0636
    Telephone: (302) 651-3000
    Fax: (302) 651-3001

    - and -

    Kenneth S. Ziman (*pro hac vice admission pending*)
    David M. Turetsky (*pro hac vice admission pending*)
    Four Times Square
    New York, New York 10036-6522
    Telephone: (212) 735-3000
    Fax: (212) 735-2000

    Proposed Counsel for Debtors and Debtors in Possession