## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | SAVIENT PHARMACEUTICALS, INC. | | |
| **Case Number:** | 13-12680-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 16, 2013 10:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

First Day Motions

**R / M #:**   23 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:

Item 1 - Declaration in Support
Item 2 - Order entered
Item 3 - Order entered
Item 4 - Order entered
Item 5 - Order entered
Item 6 - Order entered
Item 7 - Order entered
Item 8 - Order entered
Item 9 - Order entered
Item 10 - Order entered
Item 11 - Order entered
Item 12 - Order entered
Item 13 - Order entered
Bid Procedures hearing set for 10/28 at 2:00 pm.
Second Day hearing set for 11/13 at 9:30 am.