IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br>SAVIENT PHARMACEUTICALS, INC. <br><br>Debtor. | Chapter 11 <br><br>Case No. 13-12680 (MFW) <br><br>Tax I.D. No. 13-3033811 <br><br>**Related Docket No. 3** |
| In re: <br><br>SAVIENT PHARMA HOLDINGS, INC. <br><br>Debtor. | Chapter 11 <br><br>Case No. 13-12681 (MFW) <br><br>Tax I.D. No. 20-4980701 <br><br>**Related Docket No. 3** |

**ORDER (A) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES PURSUANT TO FED. R. BANKR. P. 1015(b) AND DEL. BANKR. L.R. 1015-1 AND (B) WAIVING REQUIREMENTS OF 11 U.S.C. § 342(c)(1) AND FED. R. BANKR. P. 1005 AND 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (the "Order"), pursuant to sections 342(c)(1) of the Bankruptcy Code, Bankruptcy Rules 1005, 1015(b) and 2002(n), and Local Bankruptcy Rule 1015-1, (i) providing for the joint administration of the Debtors' separate Chapter 11 Cases for procedural purposes only and (ii) seeking a waiver of the requirement that the captions in the Chapter 11 Cases list the Debtors' tax identification numbers and addresses; and upon the First Day Declaration; and due and sufficient notice of the Motion having been given under the particular circumstances; and it appearing that no other or further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion or the First Day Declaration.

notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and after due deliberation thereon and good and sufficient cause appearing therefor, it is hereby,

**ORDERED, ADJUDGED AND DECREED that:**

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases be, and hereby is, jointly administered by the Court.

3. The caption of the jointly administered cases shall read as follows:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SAVIENT PHARMACEUTICALS, INC., et al., | Case No. 13-12680 (MFW) |
| Debtors.[1] | Jointly Administered |

4. Each motion, application and notice shall be captioned as indicated in the preceding decretal paragraph and all original docket entries shall be made in the case of Savient Pharmaceuticals, Inc., Case No. 13-12680 (MFW).

5. The requirement under Bankruptcy Rule 2002(n) that any other names used by the Debtors in the previous eight (8) years and each Debtor's employer identification number be contained in the caption is hereby waived.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Savient Pharmaceuticals, Inc. (3811) and Savient Pharma Holdings, Inc. (0701). The address of the Debtors' corporate headquarters is 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807.

2

6. A docket entry shall be made on the docket of SPHI substantially as follows:

> An order has been entered in this case consolidating this case with the case of Savient Pharmaceuticals, Inc., Case No. 13-12680 (MFW), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 13-12680 (MFW) should be consulted for all matters affecting this case.

7. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

8. The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this order.

Dated: Wilmington, Delaware
       Oct. 16, 2013

                                      Honorable Mary F. Walrath
                                      UNITED STATES BANKRUPTCY JUDGE

710960.10-WILSR01A - MSW