THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                 :

In re:                            :   Chapter 11
                                                 :

SAVIENT PHARMACEUTICALS, INC.,   :   Case No. 13-12680 (MFW)
<u>et al.</u>,                          :
                                               :   Jointly Administered

                    Debtors.[1]   :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>**AMENDED**</u>[2] **NOTICE OF AGENDA OF MATTERS PREVIOUSLY SCHEDULED FOR**
**HEARING ON OCTOBER 28, 2013 AT 2:00 P.M. (EASTERN)**
**(HEARING CONTINUED TO NOVEMBER 4, 2013 AT 1:00 P.M. (EASTERN))**

        Set forth below are the matters **previously** scheduled to be heard before the
Honorable Mary F. Walrath, United States Bankruptcy Judge, in the United States Bankruptcy
Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington,
Delaware, on October 28, 2013 beginning at 2:00 p.m. (Eastern).

        **The hearing previously scheduled for October 28, 2013 at 2:00 p.m. (Eastern)**
**has been continued with the permission of the Court until November 4, 2013 at 1:00 p.m.**
**(Eastern).**

**I.**      **MATTERS GOING FORWARD**

1.      Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105(a) and 363(b), and Fed. R.
      Bankr. P. 6003 and 6004 Authorizing the Debtors to Take Such Actions as are Desirable
      or Necessary to Liquidate Their Irish Non-Debtor Affiliates (Docket No. 47)
      (Date Filed: 10/16/13)

      Related
      Documents:

           a.      Order Shortening Notice (Docket No. 40) (Date Filed: 10/16/13)

---

[1]    The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Savient
Pharmaceuticals, Inc. (3811), Savient Pharma Holdings, Inc. (0701).  The address of the Debtors' corporate
headquarters is 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807.

[2]    **Revisions to the prior version of the agenda are indicated by bold or underlined text.**

Objection
Deadline:        October 23, 2013 at 4:00 p.m. (Eastern), **extended for the Office of the**
                 **United State Trustee and the Official Committee until October 31,**
                 **2013 at 10:00 a.m. (Eastern).**

Objections/
Responses
Filed:           None at the time of filing this agenda

**Status:**        **This matter is being continued until November 4, 2013 at 1:00 p.m.**
                 **(Eastern).**

2.      Debtors' Motion for Orders: (A)(I) Establishing Bidding Procedures Relating to the Sale
        of Substantially all of the Debtors' Assets; (II) Approving Bid Protections; (III)
        Establishing Procedures Relating to the Assumption and Assignment of Certain
        Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts;
        (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules
        and Agreements, and (V) Scheduling a Hearing to Consider the Proposed Sale, and (B)(I)
        Approving the Sale of the Debtors' Assets Free and Clear Of All Liens, Claims,
        Encumbrances and Interests; (II) Authorizing the Assumption and Assignment of Certain
        Executory Contracts and Unexpired Leases; and (III) Granting Certain Related Relief
        (Docket No. 46) (Date Filed: 10/16/13)

        Bidding Procedures
        Objection
        Deadline:        October 23, 2013 at 4:00 p.m. (Eastern), **extended for the Office of the**
                         **United State Trustee and the Official Committee until October 31,**
                         **2013 at 10:00 a.m. (Eastern).**

        Objections/
        Responses
        Filed:           None at the time of filing this agenda.

**Status:**          **This matter is being continued until November 4, 2013 at 1:00 p.m. (Eastern).**

Dated: Wilmington, Delaware
          October 25, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Dain A. De Souza*
Anthony W. Clark (I.D. No. 2051)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and –

Kenneth S. Ziman
David M. Turetsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

Proposed Counsel for Debtors and Debtors in Possession