IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
In re:                                        :   Chapter 11
                                              :
SAVIENT PHARMACEUTICALS, INC.,                :   Case No. 13-12680 (MFW)
et al.,                                       :
                                              :   Jointly Administered
              Debtors.[1]                     :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x   **Related Docket No. 17, 110, 111**

**NOTICE OF SUCCESSFUL BIDDER AND OF ASSUMPTION
AND ASSIGNMENT OF EXECUTORY CONTRACT OR UNEXPIRED LEASE**

PLEASE TAKE NOTICE THAT:

      1.     Pursuant to the Order (I) Establishing Bidding Procedures Relating to the Sale of Substantially All of the Debtors' Assets; (II) Approving Bid Protections; (III) Establishing Procedures Relating to the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, Including Notice of Proposed Cure Amounts; (IV) Approving Form and Manner of Notice of All Procedures, Protections, Schedules and Agreements, (V) Scheduling a Hearing to Consider the Proposed Sale, and (VI) Granting Certain Related Relief [Docket No. 110] (the "Bidding Procedures Order") entered by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on November 4, 2013, the above captioned debtors and debtors in possession (collectively, the "Debtors") have accepted the bid of Crealta Pharmaceuticals LLC for the purchase of substantially all of the Debtors' assets. The terms of the bid are set forth in the acquisition agreement (the "Acquisition Agreement"), dated as of December 10, 2013 between the Debtors and Crealta Pharmaceuticals LLC (the "Purchaser"), substantially in the form attached hereto as Exhibit A.

      2.     At the Sale Hearing to be held on December 13, 2013 at 9:30 a.m. (prevailing Eastern Time) before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801, the Debtors will seek (i) entry of an order (the "Sale Order"), approving the sale of substantially all of the Debtors' assets free and clear of all liens, claims, interests and encumbrances and (ii) pursuant to the terms of the Acquisition Agreement, to assume and assign

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Savient Pharmaceuticals, Inc. (3811), Savient Pharma Holdings, Inc. (0701). The address of the Debtors' corporate headquarters is 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807.

the executory contracts and unexpired leases set forth on <u>Exhibit B</u> hereto.  For avoidance of doubt, the Debtors will no longer seek authority at the Sale Hearing to assume and assign the executory contracts and unexpired leases set forth on <u>Exhibit C</u> hereto.

   3. Objections, if any, to the sale, must: (a) be in writing; (b) comply with the Bankruptcy Rules and Local Bankruptcy Rules; and (c) be filed with the clerk of the Bankruptcy Court for the District of Delaware, Third Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before 10:00 a.m. (prevailing Eastern Time) on December 12, 2013; and be served upon: (1) the Debtors, 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807, Attn: Philip Yachmetz; (2) counsel for the Debtors, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, Attn: Ken Ziman, Esq. (ken.ziman@skadden.com), David Turetsky, Esq. (david.turetsky@skadden.com), and Graham Robinson, Esq. (graham.robinson@skadden.com); (3) financial advisor to the Debtors, Lazard Frères & Co. LLC, 30 Rockefeller Plaza, New York, New York 10020, Attn: Sven Pfeiffer (sven.pfeiffer@lazard.com) and Brandon Aebersold (brandon.aebersold@lazard.com); (4) legal and financial advisors to any statutory committee appointed, including counsel to the Official Committee of Unsecured Creditors, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, NY 10038, Attn: Erez E. Gilad, Esq. (egilad@stroock.com), and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Attn: Bradford J. Sandler, Esq. (bsandler@pszjlaw.com), James E. O'Neill, Esq. (joneill@pszjlaw.com) and Peter J. Keane, Esq. (pkeane@pszjlaw.com); (5) counsel to the Unofficial Committee of Senior Secured Noteholders, Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019, Attn: Andrew N. Rosenberg, Esq. (arosenberg@paulweiss.com), Elizabeth McColm, Esq. (emccolm@paulweiss.com) and Jacob A. Adlerstein, Esq. (jadlerstein@paulweiss.com), and Young, Conaway, Stargatt & Taylor LLP, 1000 North King Street, Wilmington, Delaware 19801, Attn: Pauline K. Morgan, Esq. (pmorgan@ycst.com); and (6) counsel to the Purchaser, Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: James A. Stempel , Esq. (jstempel@kirkland.com) and David S. Zubricki, Esq. (david.zubricki@kirkland.com).  UNLESS AN OBJECTION IS TIMELY SERVED AND FILED IN ACCORDANCE WITH THIS NOTICE, IT MAY NOT BE CONSIDERED BY THE BANKRUPTCY COURT AND THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED WITHOUT FURTHER HEARING AND NOTICE.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

Pursuant to 11 U.S.C. § 365 there is adequate assurance of the Purchaser's future performance under the executory contract or unexpired lease to be assumed and assigned because of the demonstrated financial wherewithal of the Purchaser. Moreover, if necessary, the Debtors will adduce facts at the hearing on any objection demonstrating the financial wherewithal of the Purchaser, and their willingness and ability to perform under the contracts to be assumed and assigned by them.

Dated: Wilmington, Delaware
December 10, 2013

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Dain A. De Souza*
Anthony W. Clark (I.D. No. 2051)
Dain A. De Souza (I.D. No. 5737)
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Telephone: (302) 651-3000
Fax: (302) 651-3001

- and -

Kenneth S. Ziman
David M. Turetsky
Four Times Square
New York, New York 10036-6522
Telephone: (212) 735-3000
Fax: (212) 735-2000

Counsel for Debtors and Debtors in Possession