# **EXHIBIT B**

**Schedule of Executory Contracts and Unexpired Leases
to be Assumed and Assigned Under Acquisition Agreement**

| Contracting Debtor Entity | Contract Counterparty | Contract Type | Effective Date |
|---|---|---|---|
| Savient Pharmaceuticals, Inc. | Armada Health Care, LLC | Specialty Services Agreement | 12/8/2011 |
| Savient Pharmaceuticals, Inc. | ATP LLC, d/b/a PPD Medical Communications | Master Agreement for Services and Project Addendum dated August 25, 2010, as amended (including the Project Addendum dated 9/2/2011, as amended, with PPD Development, LP solely to the extent modified by the pricing addendum thereto under which the parties operate) | 8/25/2010 |
| Savient Pharmaceuticals, Inc | PPD Development, LLC | Master Agreement for Laboratory Services, and for the avoidance of doubt, any and all outstanding project addendums between Savient Pharmaceuticals, Inc. and PPD Development, LLC or its affiliates | 5/23/2013 |
| Savient Pharmaceuticals, Inc. | Bio-Technologies General (Israel) Ltd. | Quality Assurance Responsibility Agreement | 2/19/2009 |
| Savient Pharmaceuticals, Inc. | Bio-Technologies General (Israel) Ltd. as amended | Commercial Supply Agreement | 3/20/2007 |
| Savient Pharmaceuticals, Inc. | CTBR Bio-Research, Inc. (subsequently known as Charles River Laboratories Preclinical Services Montreal Inc.) as amended | Agreement for Services and related 2013 Inventory Storage Summary with Charles River Biopharmaceutical Services (SA-010111) and Letter of Payment Authorizations (Studies 3400102, 342085, 342106 and 342107) | 12/10/2004 |
| Savient Pharmaceuticals, Inc. | Covance Laboratories Ltd. as amended | Master Agreement for Services | 7/15/2008 |
| Savient Pharmaceuticals, Inc. (f/k/a Bio-Technology General Corporation) | Duke University & Mountain View Pharmaceuticals, Inc. as amended | License Agreement | 8/12/1998 |
| Savient Pharmaceuticals, Inc. | Eurosequence B.V. as amended | Agreement for Services | 1/27/2011 |
| Savient Pharmaceuticals, Inc. | Ferring International Centre S.A. | OsmB Promoter License Agreement | executed 3/21/2012, retroactively effective to 7/18/2005 |
| Savient Pharmaceuticals, Inc. | FivePharma Scientific, Ltd. as amended | Agreement for Services | 9/7/2010 |

2

| Contracting Debtor Entity | Contract Counterparty | Contract Type | Effective Date |
|---|---|---|---|
| Savient Pharmaceuticals, Inc. | Metro Medical Supply, Inc. as amended | Specialty Distributors Services Agreement | 4/1/2011 |
| Savient Pharmaceuticals, Inc. | M-Scan Limited | Agreement for Services | 8/18/2009 |
| Savient Pharmaceuticals, Inc. | NOF Corporation as amended | Supply Agreement | 5/23/2007 |
| Savient Pharmaceuticals, Inc. | PPD Development, LLC | Quality Agreement | 10/12/2012 |
| Savient Pharmaceuticals, Inc. | RXC Acquisition Company d/b/a RxCrossroads | Agreement for Services | 12/1/2011 |
| Savient Pharmaceuticals, Inc. | RxCrossroads | Quality Agreement | 3/5/2012 |
| Savient Pharmaceuticals, Inc. | Sentry Logistic Solutions as amended | Master Service Agreement (including Statement of Work #2 and related addenda) and related Indemnity Agreement for Exporter of Record Duties and Quality Agreement | 3/10/2009 |
| Savient Pharmaceuticals, Inc. | Sigma-Tau PharmaSource, Inc. as amended | Assignment of Commercial Supply Agreement (to include Commercial Supply Agreement between Savient and Enzon Pharmaceuticals, Inc. dated 10/16/2008, as amended) | 1/29/2010 |
| Savient Pharmaceuticals, Inc. | WIL Research Laboratories, LLC as amended | Study Agreement | 4/1/2011 |
| Savient Pharmaceuticals, Inc. | Your Needs First, LLC as amended | Agreement for Services | 10/11/2010 |

888107-NYCSR06A - MSW