## **EXHIBIT C**

**Schedule of Executory Contracts and Unexpired Leases No Longer Sought to be Assumed and Assigned Under Acquisition Agreement**

| Contracting Debtor Entity | Contract Counterparty | Contract Type | Effective Date |
|---|---|---|---|
| Savient Pharmaceuticals, Inc. | Millipore Corporation, as amended | Agreement for Services | 11/23/2010 |
| Savient Pharmaceuticals, Inc. | Priority Healthcare Distribution, Inc. d/b/a CuraScript SD Specialty Distribution, as amended | Specialty Distributor Service Agreement | 11/1/2010 |
| Savient Pharmaceuticals, Inc. | Besse Medical, ASD Medical and Oncology Supply, as amended | Specialty Distributor Agreement | 10/27/2010 |
| Savient Pharmaceuticals, Inc. | AmerisourceBergen Drug Corporation and Bellco Drug Corp. | Distribution Services Agreement | 2/3/2011 |
| Savient Pharmaceuticals, Inc. | CardinalHealth, as amended | Drop Ship Only Services Agreement | 10/1/2010 |
| Savient Pharmaceuticals, Inc. | McKesson Specialty Care Distribution joint Venture LP, as amended | Specialty Distributor Agreement | 12/14/2010 |
| Savient Pharmaceuticals, Inc. | Morris and Dickson Co., LLC | Core Distribution Agreement | 7/2011 |
| Savient Pharmaceuticals, Inc. | McKesson Corporation, as amended | Core Distribution Agreement | 4/2008 |
| Savient Pharmaceuticals, Inc. | New York University School of Medicine (an administrative unit of New York University) | Research Sponsorship Agreement | 3/25/2013 |