IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SAVIENT PHARMACEUTICALS, INC., *et al.*,[1] | ) Case No. 13-12680 (MFW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| | ) **Re: Docket No. 291** |

Objection Deadline: January 9, 2014 at 4:00 p.m.
Hearing Date: Only if objections are timely filed

**CERTIFICATION OF NO OBJECTION (NO ORDER REQUIRED) REGARDING FIRST MONTHLY APPLICATION OF MESIROW FINANCIAL CONSULTING, LLC AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM OCTOBER 25, 2013 THROUGH NOVEMBER 30, 2013**

On December 23, 2013, Mesirow Financial Consulting, LLC, ("Mesirow"), financial advisors to the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned chapter 11 case, filed and served the *First Monthly Application of Mesirow Financial Consulting, LLC as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from October 25, 2013 through November 30, 2013* (the "Application"). Pursuant to the *Notice of Filing of Fee Application*, objections to the Application were to be filed and served no later than January 9, 2014, by 4:00 p.m. (prevailing Eastern time). The undersigned has caused the Court's docket in this case to be reviewed, and no answer, objection or other responsive pleadings to the Application appears thereon. Additionally, no objections to the Application have been received by the undersigned counsel.

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Savient Pharmaceuticals, Inc. (3811), Savient Pharma Holdings, Inc. (0701). The address of the Debtors' corporate headquarters is 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807.

DOCS_DE:191143.1 77170/001

Pursuant to the *Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Interim Compensation Procedures* [Docket No. 159], the Debtors are authorized to pay Mesirow $160,000.00, which represents 80% of the fees ($200,000.00) and $172.00, which represents 100% of the expenses requested in the Application for the period October 1, 2013 through November 30, 2013, upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: January 13, 2014

PACHULSKI STANG ZIEHL & JONES LLP

_____
Bradford J. Sandler (DE Bar No. 4142)
James E. O'Neill (DE Bar No. 4042)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
E-mail:  bsandler@pszjlaw.com
         joneill@pszjlaw.com
         pkeane@pszjlaw.com

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Erez E. Gilad
Matthew G. Garofalo
180 Maiden Lane
New York, NY 10038-4932
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
E-mail:  khansen@stroock.com
         egilad@stroock.com
         mgarofalo@stroock.com

Counsel to the Official Committee of Unsecured Creditors