IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------x
In re:                        :   Chapter 11
                              :
SAVIENT PHARMACEUTICALS, INC.,:   Case No. 13-12680 (MFW)
et al.,                       :
                              :   Jointly Administered
         Debtors.[1]          :
                              :   **Related to Docket No. 365**
------------------------------x

**ORDER PURSUANT TO BANKRUPTCY CODE SECTION 1121(d)
EXTENDING EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY
FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN**

Upon consideration of the motion (the "Motion")[2] of the above-captioned debtors and debtors-in-possession (the "Debtors") for entry of an order under section 1121(d) of the Bankruptcy Code extending the Debtors' exclusive periods to file a chapter 11 plan and to solicit votes to approve a chapter 11 plan (together, the "Exclusive Periods"); and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and it appearing that no other or further notice need be provided; and the relief requested being a reasonable exercise of the Debtors' sound business judgment consistent with its fiduciary duties and in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Savient Pharmaceuticals, Inc. (3811); and Savient Pharma Holdings, Inc. (0701). The address of the Debtors' corporate headquarters is 400 Crossing Boulevard, 4th Floor, Bridgewater, New Jersey 08807.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

51790/0001-10254273v2

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtors, may file any chapter 11 plan from the date hereof through and including May 12, 2014.

3. Pursuant to section 1121(d) of the Bankruptcy Code, no party, other than the Debtors, may solicit votes to accept a proposed chapter 11 plan filed with this Court during the period from the date hereof through and including July 11, 2014.

4. Nothing herein shall prejudice the Debtors' right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code.

5. The Debtors are authorized to take all actions necessary or appropriate to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon entry of the Order.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the interpretation, implementation or enforcement of this Order.

Dated: Wilmington, Delaware
       Feb. 21, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Mary F. Walrath
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge